UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,  )
                                   Plaintiff,  )    Case No. CR08-266-RSL
                  v.  )
                                            )    DETENTION ORDER
JAMY K. HAYNEN,  )
                                 Defendant.  )

Offense charged:

    Conspiracy to Distribute A Controlled Substance (ecstasy and oxycodone).

Date of Detention Hearing: November 12, 2008.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    On August 8, 2008, the Court ordered defendant's release on condition that he comply with the provisions of the Appearance Bond filed in the case. On September 17, 2008, U.S. Pretrial Services filed a violation report alleging that defendant violated a general condition by using controlled substances. On October 9, 2008 a second violation report was filed

DETENTION ORDER -1

alleging that defendant violated a condition by harassing, threatening, intimidating, tampering with, improperly influencing or injuring the person or property of a witness, informant or other persons related to the official proceedings before the Court. Based on this allegation, the Court issued a warrant for defendant's arrest.

(3) On October 14, 2008, defendant appeared for a bond revocation hearing. The parties requested the hearing be continued and agreed defendant should remain in custody pending a formal revocation hearing. On November 12, 2008, defendant entered pleas of guilt to distribution of MDMA and oxycodone. The parties and U.S. Pretrial Services stipulated that defendant should remain in custody and that the bond violation should be withdrawn.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal; Defendant is given leave to move for release and present additional evidence regarding Defendant's mental health.

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/

/

DETENTION ORDER -2

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 12th day of November, 2008.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER -3