# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMY KIM HAYNEN,<br><br>Defendant. | NO. CR08-266-RSL<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on November 12, 2010. The United States was represented by Assistant United States Attorney Sarah Y. Vogel, and the defendant by Jesse Cantor.

The defendant had been charged and convicted of Distribution of MDMA and Distribution of Oxycodone, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). On or about June March 20, 2009, defendant was sentenced by the Honorable Robert S. Lasnik, to a term of 21 months in custody, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse program, financial disclosure, and submit to search.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

1    In a Petition for Warrant or Summons, dated April 23, 2010, U.S. Probation Officer
2 Andrea G. Porter asserted the following violations by defendant of the conditions of his
3 supervised release:

4    (1)   Committing the crime of Distribution of Oxycontin on or about April 22,
5          2010, in violation of the general condition that he not commit a federal, state
6          or local crime.

7    (2)   Committing the crime of Possession of Oxycontin on or about April 22,
8          2010, in violation of the general condition that he not commit a federal, state
9          or local crime.

10   On April 26, 2010, defendant made his initial appearance.  The defendant was advised
11 of the allegation and advised of his rights.  On November 12, 2010, this matter came before the
12 Court for an evidentiary hearing.  Defendant admitted to violations 1 and 2.  Defendant also
13 entered a guilty plea to these charges in CR10-305-RSL.

14   I therefore recommend that the Court find the defendant to have violated the terms and
15 conditions of his supervised release as to violations 1 and 2, and that the Court conduct a
16 hearing limited to disposition in CR08-266-RSL, together with sentencing on the guilty plea in
17 CR10-305-RSL.  A disposition/sentencing hearing has been set before the Honorable Robert S.
18 Lasnik on February 4, 2011 at 9:00 a.m.

19   Pending a final determination by the Court, the defendant has been detained.
20   DATED this 12th day of November, 2010.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2

| | | |
|---|---|---|
| cc: | District Judge: | Honorable Robert S. Lasnik |
| | AUSA: | Sarah Y. Vogel |
| | Defendant's attorney: | Jesse Cantor |
| | Probation officer: | Andrea G. Porter |

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3